Anthony D. Zinnanti, SBN 196778, Attorney for Petitioner
NAME

28005 Smyth Drive, Suite 194, Valencia, CA 91355
PRISON IDENTIFICATION/BOOKING NO.

Tel: (661) 287-6100; Fax: (661) 752-7775
ADDRESS OR PLACE OF CONFINEMENT

FILED
2011 SEP -7 PM 1:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Fee paid

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

530

BRANDON MUNDELL

FULL NAME (Include name under which you were convicted)
Petitioner,

v.

GEOFF DEAN, Sheriff for Ventura County,

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV11-07367 DSF (JC)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION Ventura, California
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention  Formal probation by Sheriff Department for County of Ventura, California.
   b. Place of conviction and sentence  Ventura County Superior Court, Ventura, California

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*):  California Penal Code, section 245, subd. (a), assault with a deadly weapon; California Penal Code, section 186.22, commission for the benefit of a criminal street gang

   b. Penal or other code section or sections:  Aforementioned

   c. Case number:  Ventura County Sup. Ct. Case No. 2006002251
   d. Date of conviction:  December 16, 2008
   e. Date of sentence:  February 25, 2009
   f. Length of sentence on each count:  Sentence on counts, combined, 365 days county jail as a condition of 36 months formal felony probation.

   g. Plea (*check one*):
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
      a. Case number:  B215133
      b. Grounds raised (*list each*):
         (1)  Violation of right to cross-examine (Crawford, Melendez-Diaz claim, as set forth, infra)
         (2)  Fourteenth Amendment due process deprivation due to cumulative "gang evidence"

  (3) Cumulative error
  (4) _____
  (5) _____
  (6) _____
 c. Date of decision: March 24, 2010
 d. Result  Affirmed

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☑ Yes   ☐ No

 If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:
 a. Case number: S182478
 b. Grounds raised *(list each)*:
  (1) Violation of right to cross-examine (Crawford, Melendez-Diaz claim, as set forth, infra)
  (2) _____
  (3) _____
  (4) _____
  (5) _____
  (6) _____
 c. Date of decision: June 9, 2010
 d. Result  Denied without prejudice to renewal of claim after Court decides cases raising same issue. (See memorandum of points and authorities, herewith.)

5. If you did not appeal:
 a. State your reasons _____
 b. Did you seek permission to file a late appeal?  ☐ Yes   ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
 ☐ Yes   ☑ No

 If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:
 a. (1) Name of court: _____
  (2) Case number: _____
  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

   (5) Date of decision: _____

   (6) Result _____

   _____

   (7) Was an evidentiary hearing held? ☐ Yes ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

  **CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

 a. Ground one: <u>Prejudicial violation of petitioner's right to cross-examine due to introduction of reports and testimony from police reports. (Crawford, Melendez-Diaz, set forth, infra.)</u>

  (1) Supporting FACTS: <u>Please see memorandum of points and authorities, herewith.</u>

  _____

  _____

  _____

  _____

  (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☒ Yes ☐ No

  (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☒ Yes ☐ No

  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

 b. Ground two: _____

  _____

  (1) Supporting FACTS: _____

  _____

  _____

  _____

  _____

  (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

  (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

 c. Ground three: _____

  _____

(1) Supporting FACTS: _____
_____
_____
_____
_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

d.  Ground four: _____
_____

(1) Supporting FACTS: _____
_____
_____
_____
_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

e.  Ground five: _____
_____

(1) Supporting FACTS: _____
_____
_____
_____
_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____
_____
_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes  ☑ No
   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?   ☐ Yes ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?   ☐ Yes ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes  ☑ No
    If so, give the following information *(and attach a copy of the petition if available)*:
    (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

11. Are you presently represented by counsel?  ☑ Yes ☐ No

If so, provide name, address and telephone number: Anthony D. Zinnanti, SBN 196778, 28005 Smyth Drive, Suite 194 Valencia, California 91355; tel. (661) 287-6100

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 9/7/2011
          Date

_____
Signature of Petitioner