UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON MUNDELL, | ) | Case No. CV 11-7367 DSF(JC) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| GEOFF DEAN, Sheriff for Ventura County, | ) | |
| Respondent. | ) | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings and recommendations of the Magistrate Judge in this action.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation of United States Magistrate Judge, and the Judgment herein on counsel for petitioner and respondent.

DATED: 12/22/14

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE