UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MUNDELL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GEOFF DEAN, Sheriff for Ventura County,<br><br>　　　　　　Respondent. | Case No. CV 11-07367 DSF (JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

　　　　　12/22/14

　　DATED: _____

　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　_____
　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE